United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY RENE CALVIN, JR.,

Plaintiff,

v.

KELLY SANTORO, et al.,

Defendants.

Case No. 25-cv-05921 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Salinas Valley State Prison. Dkt. No. 1. On November 7, 2025, the Honorable Magistrate Judge Virgina K. Demarchi screened the complaint and granted leave to amend to correct various deficiencies. Dkt. No. 7. On December 2, 2025, Plaintiff's request for an extension of time was granted, such that an amended complaint was due no later than January 2, 2026. Dkt. No. 9. Plaintiff was reminded that if he failed to file an amended complaint in the time provided, the matter would be reassigned to a district judge with a recommendation that the action be dismissed. *Id.* When the deadline passed with no response from Plaintiff, the matter was reassigned to the undersigned on January 12, 2026. Dkt. Nos. 10, 11.

The deadline has passed, and Plaintiff has failed to file an amended complaint in the time provided to correct the deficiencies of the original complaint.  Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  January 16, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

Order of Dismissal
P:\PRO-SE\BLF\CR.25\05921Calvin_dism(no-amend)

2